# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Kennedy Lindsey , (DOB: XXXXXXXXX)<br>Danielle Lacy, (DOB: XXXXXXXX)<br><br>*Defendant(s)* | Case: 1:24-mj-00213<br>Assigned to: Judge Upadhyaya, Moxila A.<br>Assign Date: 7/2/2024<br>Description: COMPLAINT W/ ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 1, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

*Code Section*            *Offense Description*

18 U.S.C. §§ 1752(a)(1) and (b)(1)(A) - Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon,
18 U.S.C. §§ 1752(a)(2) and (b)(1)(A) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon,
18 U.S.C. §§ 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds,
18 U.S.C. §§ 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
40 U.S.C § 5104(e)(1)(A)(i) - Carry or Have a Firearm, a Dangerous Weapon or Explosives on the Grounds or in any of the Capitol Buildings.
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds, and
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __07/02/2024__

_____
*Judge's signature*

City and state: __Washington, D.C.__     Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*