AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Danielle Lacy

Case: 1:24-mj-00213
Assigned to: Judge Upadhyaya, Moxila A.
Assign Date: 7/2/2024
Description: COMPLAINT W/ ARREST WARRANT

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested) Danielle Lacy
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds,
18 U.S.C. §§ 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds, and
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 07/02/2024

_Issuing officer's signature_

City and state: Washington, D.C.    Moxila A. Upadhyaya, U.S. Magistrate Judge
_Printed name and title_

### Return

This warrant was received on (date) July 29, 2024, and the person was arrested on (date) July 29, 2024
at (city and state) Los Angeles, California

Date: July 29, 2024

_Arresting officer's signature_

HAILEY ANONEVIONYIZEVJEE, SPECIAL AGENT
_Printed name and title_