# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | No. 1:24-MJ-00213-2 |
| : | |
| : | |
| DIANELLE LACY, : | |
| : | |
| **Defendant.** : | |

## GOVERNMENT'S UNOPPOSED MOTION TO CORRECT NAME SPELLING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this unopposed motion to correct the spelling of the first name of defendant Dianelle Lacy.  Ms. Lacy's first name is currently misspelled on the docket as a result of a typographical error in the case initiation documents.  The Government respectfully requests that the Court direct the Clerk of Court to correct the spelling to "Dianelle Lacy."

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:    */s/ Jason Manning*
Jason M. Manning
Assistant United States Attorney
NY Bar No. 4574068
601 D Street NW, Washington, D.C. 20530
Tel. No.: (202) 436-5364
Email: jason.manning@usdoj.gov

1